IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STEVE SILAS, # 228839 § | | |
|    *Plaintiff* § | | |
| VS. § | | CIVIL ACTION NO. 4:17cv 628 |
| § | | |
| CORRECTIONAL OFFICER R. ROSE, et al. § | | |
|    *Defendants* § | | |

## ORDER OF DISMISSAL

This civil action was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation concluding the action pursuant to 42 U.S.C. § 1983 should be dismissed without prejudice. No objections have been filed. After reviewing the Report, the Court concludes the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. It is therefore

**ORDERED** Plaintiff's complaint (Dkt. #6) is **DISMISSED** without prejudice. All motions not previously ruled on are hereby **DENIED**.

**SIGNED this 26th day of February, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE